**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MARK W. SCHWALM, | : | No. 42 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| RUPEN G. MODI, D.O., HOLY SPIRIT | : | |
| HOSPITAL OF THE SISTERS OF | : | |
| CHRISTIAN CHARITY, AND NEW | : | |
| JERSEY/PENNSYLVANIA EM-I MEDICAL | : | |
| SERVICES, P.C., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.